UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JODY LYNN COOPSHAW et al.,

    Plaintiffs,

  v.

DETECTIVE SGT. FIGURSKI et al.,

    Defendants.
_____/

CIVIL ACTION NO. 06-13246

HON. PAUL D. BORMAN

## ORDER OF REMOVAL OF ACTION AS A PENDING MATTER

This court, having entered an Order Staying proceedings, pending an appeal to the Sixth Circuit Court of Appeals, and there appearing to be no further reason at this time to maintain the file as an open case for statistical purposes;

**IT IS ORDERED** that the Clerk submit a JS-6 form to the Administrative Office to close this matter for statistical purposes. Nothing contained in this Order or the related docket entry shall be considered a dismissal or disposition of this matter, and, should further proceedings become necessary or desirable, any party may initiate them upon termination of the appeal in the same manner as if this Order had not been entered, and the Court will order that the matter be reopened for statistical purposes.

**IT IS SO ORDERED.**

                                      s/Paul D. Borman
                                      PAUL D. BORMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: March 31, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 31, 2008.

s/Denise Goodine

Case Manager