UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

JODY LYNN COOPSHAW and
ROBERT LARRY THORNTON,
as Next Friend of Alexis Paige
Arecena, a minor,

    Plaintiff,

vs.

**Case No:  06-13246**
**Honorable Paul D. Borman**
**Referral Judge Donald A. Scheer**

DETECTIVE SGT. JOHN FIGURSKI,
FIRST LT. STEVEN FARRELL,
IRV SHAW, COUNTY OF LENAWEE,

    Defendants.

Courtney E. Morgan, Jr. (P29137)
Morgan & Meyers, PLC.
Attorney for Plaintiffs
3200 Greenfield Rd., Ste. 260
Dearborn, MI  48120
(313) 961-0130 phone
(313) 961-8178 fax
cmorgan@morganmeyers.com

Cynthia L. Reach (P55903)
Reach, Reach, Fink & Valvo, P.C.
Attorneys for Defendants Shaw and
Lenawee County
121 West Washington St., Ste. 400
Ann Arbor, MI  48104
(734) 994-1400 phone
(734) 994-6615 fax
creach@reachlawfirm.com

## STIPULATED ORDER

    THIS MATTER having been presented upon stipulation of the parties, considering the record and a stay having been entered in this matter pending appeal (document 36), and that while on appeal and pursuant to discussions under Rule 33, Rules of the Sixth Circuit, the parties reached an agreement to settle this matter, this court is of the opinion, and so finds, that should the case be remanded to it by the Court of Appeals for the Sixth Circuit, this court is disposed to lift the stay for purposes of entering a settlement.

IT IS, THEREFORE, ORDERED BY THE COURT that if this case is remanded to the District Court by the Court of Appeals, this court is disposed to lift the stay for purposes of entering a settlement.

IT IS SO ORDERED.

                                                                    s/Paul D. Borman  
                                                                    PAUL D. BORMAN  
                                                                    UNITED STATES DISTRICT JUDGE

Dated: August 21, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 21, 2008.

                                                                    s/Denise Goodine  
                                                                    Case Manager

I stipulate to entry of the above Order:

| | |
|---|---|
| s/Courtney E. Morgan, Jr., with permission | s/Cynthia L. Reach |
| Courtney E. Morgan, Jr. (P29137) | Cynthia L. Reach (P55903) |
| Morgan & Meyers, PLC. | Reach, Reach, Fink & Valvo, P.C. |
| Attorney for Plaintiffs | Attorneys for Defendants Shaw and |
| 3200 Greenfield Rd., Ste. 260 | Lenawee County |
| Dearborn, MI  48120 | 121 West Washington St., Ste. 400 |
| (313) 961-0130 phone | Ann Arbor, MI  48104 |
| (313) 961-8178 fax | (734) 994-1400 phone |
| cmorgan@morganmeyers.com | (734) 994-6615 fax |
| | creach@reachlawfirm.com |

2