No. 08-1384
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

06-13246

**FILED**
SEP - 4 2008
LEONARD GREEN, Clerk

JODY LYNN COOPSHAW; ROBERT LARRY THORNTON, as next of friend of A.P.A., a minor; A.P.A., a minor,

    Plaintiffs - Appellees

v.

JOHN FIGURSKI; STEVEN FARRELL, First Lieutenant; LENAWEE COUNTY,

    Defendants

and

IRV SHAW,

    Defendant - Appellant

<u>ORDER</u>

**FILED**
SEP - 8 2008
CLERK'S OFFICE
DETROIT

In accordance with the agreement reached in settlement discussions conducted pursuant to Rule 33, Rules of the Sixth Circuit, the parties jointly move for a remand of this cause to the United States District Court for the Eastern District of Michigan, for determination of the parties' motion filed pursuant to Rule 60(b), Federal Rules of Civil Procedure.

Upon consideration of the motion and further considering Judge Borman's order of August 21, 2008,

**IT IS ORDERED** that the motion be and hereby is granted. This appeal is remanded to the District Court for further proceedings. See First National Bank of Salem, Ohio v. Hirsch, 535 F.2d at 343 (6th Cir. 1976).

ENTERED PURSUANT TO RULE 33(d)
RULES OF THE SIXTH CIRCUIT
Leonard Green, Clerk

*Leonard Green/pgc*

## UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

Leonard Green
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 04, 2008

Mr. Courtney E. Morgan
Mr. Brian J. Nagy
Morgan & Meyers
3200 Greenfield Road
Suite 260
Dearborn, MI 48120

Ms. Cynthia L. Reach
Reach Law Firm
121 W. Washington Street
Suite 400
Ann Arbor, MI 48104

Re: Case No. 08-1384, *Jody Coopshaw, et al v. John Figurski, et al*
Originating Case No. : 06-13246

Dear Counsel:

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Patricia J. Elder
Case Manager
Direct Dial No. 513-564-7034
Fax No. 513-564-7096

cc: Mr. David J. Weaver
    Honorable Paul D. Borman

Enclosure

No mandate to issue